# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-07-00344-CV

### In re Texas Department of Family and Protective Services

---

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

---

### M E M O R A N D U M   O P I N I O N

Relator Texas Department of Family and Protective Services (TDFPS) filed this petition for writ of mandamus. Subsequently, TDFPS filed this unopposed motion to withdraw the petition, stating that the parties have reached an agreement that renders the subject matter of the petition moot. Accordingly, we dismiss the petition for writ of mandamus.

_____

Bob Pemberton, Justice

Before Chief Justice Law, Justices Puryear and Pemberton

Filed: August 1, 2007